**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

SECURITY FIRST INNOVATIONS, LLC,

     Plaintiff,

     v.

GOOGLE, LLC,

     Defendant.

Case No. 2:23-cv-97

## <u>ORDER</u>

Before the Court is Plaintiff Security First Innovations, LLC's Consent Motion to Amend Rule 16(b) Scheduling Order. ECF No. 71. For good cause shown, the motion is **GRANTED.** Accordingly, paragraph 14 of the Court's Rule 16(b) Scheduling Order (ECF No. 54) is amended to read as follows:

14. The following named counsel shall be responsible for personally conducting the required Fed. R. Civ. P. 37(a)(1) conference prior to requesting court action, signing any motion or brief related to a discovery matter, and arguing the discovery matter before the Court: Alexander Gross on behalf of Plaintiff Security First Innovations, LLC and David Perlson on behalf of Defendant Google LLC.

**IT IS SO ORDERED**.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

/s/ _JKW_
_____
Jamar K. Walker
United States District Judge

Norfolk, Virginia
August 21, 2023