**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

SECURITY FIRST INNOVATIONS,
LLC,

      Plaintiff,

      v.                          Case No. 2:23-cv-97

GOOGLE LLC,

      Defendant.

## ORDER

Before the Court is the parties' Joint Motion to Remove the Deadline for Rebuttal Expert Reports (ECF No. 119). For good cause shown, the Court **GRANTS** the motion.

The Court hereby **STRIKES** the following sentence of paragraph two of the Court's July 20, 2023, Rule 16(b) Scheduling Order (ECF No. 54): "Any rebuttal disclosure by the party bearing the initial burden of proof shall be made on or before May 3, 2024, and shall be limited as to source to expert witnesses previously identified."

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

                               /s/ _____
                               Jamar K. Walker
                               United States District Judge

Norfolk, Virginia
October 18, 2023